**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1354**

In re:  JAMES M. PRESTON,

Petitioner.

On Petition for Writ of Mandamus.  (1:19-cv-00114-TSK-MJA)

Submitted:  June 24, 2021                                   Decided:  July 7, 2021

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Petition denied by unpublished per curiam opinion.

James M. Preston, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James M. Preston petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition.  Our review of the district court's docket reveals that the district court has granted Preston's petition.  *Preston v. Gomez*, No. 1:19-cv-00114-TSK-MJA (N.D.W. Va. May 7, 2021).  Accordingly, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*